Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 19−18083−ABA
            Chapter: 13
            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haakim S. Wilson
   aka Haakim S. Wilson Sr.
   1001 Pleasant Drive
   Millville, NJ 08332

Social Security No.:
   xxx−xx−6663

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/12/19
Time:            10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 21, 2019
JAN: bed

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                              Case No. 19-18083-ABA
Haakim S. Wilson                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1          Date Rcvd: May 21, 2019
                               Form ID: 132             Total Noticed: 8
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Haakim S. Wilson,    1001 Pleasant Drive,    Millville, NJ 08332-4579
518198103      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518195748       Roundpoint Mortgage Servicing Corp,    PO Box 674150,    Dallas, TX 75267-4150
518195749       South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518195747      +E-mail/Text: bankruptcy@pepcoholdings.com May 21 2019 23:57:33      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518212266      +E-mail/Text: bankruptcy@pepcoholdings.com May 21 2019 23:57:33
                 Atlantic City Electric Company,    5 Collins Drive Ste 2133,    Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Eric Clayman    on behalf of Debtor Haakim S. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```