Form 196 – ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18083−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Haakim S. Wilson
  aka Haakim S. Wilson Sr.
  1001 Pleasant Drive
  Millville, NJ 08332

Social Security No.:
  xxx−xx−6663

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

On May 21, 2019 a Notice of Hearing on Confirmation of Chapter 13 Plan was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Incorrect confirmation hearing date: June 12, 2019 @ 10:00 am

Corrected to state:
Corrected confirmation hearing date: June 26, 2019 @ 10:00 am

The amendment of this notice does not affect deadlines that have been previously set.


Dated: June 4, 2019
JAN: bed

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Haakim S. Wilson  
    Debtor

Case No. 19-18083-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Jun 04, 2019  
                    Form ID: 196   Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
```
db              +Haakim S. Wilson,   1001 Pleasant Drive,   Millville, NJ 08332-4579
518198103       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518195748        Roundpoint Mortgage Servicing Corp,   PO Box 674150,   Dallas, TX 75267-4150
518195749        South Jersey Gas,   PO Box 6091,   Bellmawr, NJ 08099-6091
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2019 23:45:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2019 23:45:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518195747       +E-mail/Text: bankruptcy@pepcoholdings.com Jun 04 2019 23:44:56     Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
518212266       +E-mail/Text: bankruptcy@pepcoholdings.com Jun 04 2019 23:44:56
                 Atlantic City Electric Company,   5 Collins Drive Ste 2133,   Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
```
              Eric   Clayman    on behalf of Debtor Haakim S. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```